Hattie P. Moody, Rosa Clarkson and Walter B. Clarkson, her husband, Appellants, v. Mary A. DeCottes and George A. DeCottes, her husband, Estelle Hopkins and Edward H. Hopkins, her husband, and Hattie P. Moody as Trustee for said Estelle Hopkins, Appellees.

### Division B.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

Richard H. Liggett and Walter B. Clarkson for appellants.

C. D. Rinehart and E. P. Axtell for appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal. The decree is affirmed.

Decision *Per Curiam.*